Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone:   (510) 999-7908
Facsimile:   (510) 999-7918

Attorney for Defendant
CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JURRIEA KELLOGG,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON, a public entity,<br><br>               Defendant. | Case No.  22-cv-02154-JAM-CSK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**ORBACH HUFF + HENDERSON LLP**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

Plaintiff JURRIEA KELLOGG ("Plaintiff"), and Defendant CITY OF STOCKTON ("Defendant") (collectively, the "Parties"), by and through their respective counsel in the above-captioned matter, hereby stipulate, under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that all claims and causes of action in this matter be dismissed with prejudice, with Plaintiff and Defendant to each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED AND AGREED.**

Dated:  July 10, 2024          **LAW OFFICES OF SANJAY S. SCHMIDT**

By:  */s/ Sanjay S. Schmidt*
Sanjay S. Schmidt
Attorney for Plaintiff
JURRIEA KELLOGG

Dated:  July 10, 2024          **ORBACH HUFF + HENDERSON LLP**

By:  */s/ Kevin E. Gilbert*
Kevin E. Gilbert
Attorney for Defendant
CITY OF STOCKTON

1

Stipulation and Order to Dismiss Entire Action With Prejudice [22-cv-02154-JAM-CSK]

**ORDER**

Pursuant to the stipulation of the Parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims and causes of action are **DISMISSED WITH PREJUDICE**, with Plaintiff and Defendant to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 11, 2024        /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORBACH HUFF + HENDERSON LLP

2

Stipulation and Order to Dismiss Entire Action With Prejudice [22-cv-02154-JAM-CSK]